```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

NEHA SHAH,

    Plaintiff,

V.                                                             NO. 13-2105-Ma

COMSPARK INTERNATIONAL,
INC., a Tennessee For Profit
Corporation, and RAMESH BASA,
Individually,

    Defendants.

**ORDER OF DISMISSAL**

    Plaintiff has submitted a Notice of Dismissal With Prejudice indicating that this matter may be dismissed. This case is therefore dismissed in its entirety with prejudice.

    It is SO ORDERED this 9th day of April, 2013.

                                           *s/ Samuel H. Mays, Jr.*
                                           SAMUEL H. MAYS, JR.
                                           UNITED STATES DISTRICT JUDGE