```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION



NEHA SHAH,

     Plaintiff,

V.                                        NO. 13-2105-Ma

COMSPARK INTERNATIONAL,
INC., a Tennessee For Profit
Corporation, and RAMESH BASA,
Individually,

     Defendants.
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order of Dismissal, docketed April 9, 2013.

## APPROVED:

  *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *April 9, 2013* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
|  | *s/ Zandra Frazier* |
|  | (By) DEPUTY CLERK |